DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON DINGMAN,** individually, and **JASON DINGMAN** and
**AMY DINGMAN,** as parents and natural guardians of
**KAYLA DINGMAN,** a minor,
Appellants,

v.

**ALLO REALTY, INC., DIANA GOLDMAN, WILLIAM LOBRUTTO,
TONYA M. VONKOMARNICKI** and **GUSCENIE BOSTON, JR.,**
Appellees.

No. 4D17-1558

[April 5, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet C. Croom, Judge; L.T. Case No. 562014CA001607(RL).

Annabel C. Majewski and Kielan Saborit Morera of Wasson & Associates, Chartered, Miami, and Philip DeBerard, IV, Stuart, for appellants.

Robin A. Blanton of Robin A. Blanton, P.A., Vero Beach, for appellees Diana Goldman and William Lobrutto.

Houston S. Park, III, Andrew M. Feldman and Thomas E. Jablonski of Klein Glasser Park & Lowe, P.L., West Palm Beach, for appellee Allo Realty, Inc.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***